UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| WALLACE LIGHTFOOT | PETITIONER |
| V. | CIVIL ACTION NO. 3:17-CV-531-DPJ-FKB |
| STATE OF MISSISSIPPI | RESPONDENT |

ORDER

On May 2, 2018, Magistrate Judge F. Keith Ball entered a Report and Recommendation [12] suggesting that Wallace Lightfoot's § 2241 petition be dismissed as moot. Lightfoot filed this petition to challenge a detainer lodged by the State of Mississippi for a probation violation. At the time, he was in the custody of the Texas Department of Criminal Justice and alleged that the detainer was affecting the conditions of his confinement in Texas. But Lightfoot was paroled on March 9, 2018, and was released on the Mississippi detainer. He is now in the custody of the Rankin Count Jail. The petition is therefore moot.[1]

The Report and Recommendation [12] is adopted as the opinion of this Court. This action is dismissed as moot.

A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 29th day of May, 2018.

                                                   s/ *Daniel P. Jordan III*
                                                   CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Lightfoot did not respond in opposition to the Report and Recommendation, and he has not kept the Court informed of his current address. *See* Returned Mail [13].